[No. 4824–1–III.   Division Three.   November 23, 1982.]

*In the Matter of the Personal Restraint of*
JOHNNY RAY HICKS, *Petitioner.*

Petition for relief from personal restraint. *Dismissed* by unpublished opinion per Roe, A.C.J., concurred in by Green and Munson, JJ.

[No. 4398–3–III.   Division Three.   November 23, 1982.]

*In the Matter of the Marriage of* BARBRA J. BARR, *Respondent, and* WENDELL L. BARR, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 65669, Yancey Reser, J., entered January 7, 1981. *Affirmed as modified* by unpublished opinion per Munson, J., concurred in by Green, J., Roe, A.C.J., dissenting in part.